# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KIMBERLY HAYES,**<br>  **Plaintiff,**<br><br>   v.<br><br>**SILVERS, LANGSAM & WEITZMAN,**<br>**P.C. AND JOHN DOES 1-5 AND 6-10,**<br>  **Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO. 19-940** |

# O R D E R

**AND NOW**, this 28th day of February, 2020, **IT IS ORDERED** that upon consideration of Defendant's Motion for Summary Judgment (ECF 17) and Plaintiff's response thereto (ECF 18), Defendant's motion is **DENIED**.

**IT IS FURTHER ORDERED** that Counts II and IV of Plaintiff's Complaint are **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(2).

                                        **BY THE COURT:**

                                        **/s/Wendy Beetlestone, J.**

                                          _____
                                        **WENDY BEETLESTONE, J.**